IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SPENCER LEE WILLIAMS,

    Petitioner,

v.                              CASE NO. 3:12-cv-387-MW/EMT

TED JETER,

    Respondent.

_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation, ECF No. 29, filed September 19, 2013. This Court has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 31, filed October 1, 2013. Upon consideration,

    IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "The Respondent's motion to dismiss is **GRANTED.** The petition for writ of habeas corpus, ECF No. 1, is

1

**DISMISSED with prejudice as untimely.** A certificate of appealability is **denied**."

The Clerk shall close the file.

**SO ORDERED on October 2, 2013.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**